**STATE of Missouri, Respondent,**

v.

**Carlos LEYVA, Appellant.**

**No. WD 45462.**

Missouri Court of Appeals, Western District.

March 30, 1993.

Ellen H. Flottman, Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John Munson Morris, Michael J. Runzi, Asst. Attys. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM:

Defendant appeals from a conviction of possessing cocaine. We affirm the judgment. Rule 30.25(b).